UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN BAC HEALTH CARE
FUND, ET AL.,

      Plaintiffs,                         No. 17-12260

v.                                       District Judge Sean F. Cox
                                        Magistrate Judge R. Steven

HARTLEY MASONRY, INC.,
ET AL.,

      Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on February 13, 2018, Plaintiff's Motion to Compel Discovery [Doc. #21] is GRANTED.

All financial documents produced, including tax returns, credit card statements, and corporate financial records, will be subject to an attorney's and expert's eyes only protective order. "Expert" refers to any accounting, financial, or business professional retained by the parties, regardless of whether that person is designated or used as an expert under Fed.R.Civ.P. 26(b)(4). Material designated as attorney's and expert's eyes only will not be disclosed to the Plaintiffs or to any person or entity other than the attorneys and their experts.

      IT IS SO ORDERED.

Dated: February 13, 2018                                   s/R. Steven Whalen
                                                                R. STEVEN WHALEN
                                                                U.S. MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

    I hereby certify on February 13, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on February 13, 2018.

                                               s/Carolyn M. Ciesla
                                               Case Manager for the
                                               Honorable R. Steven Whalen